|   |   |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 |   |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | MATTHEW L. McCARTHY (CABN 217871)<br>Assistant United States Attorney |

**FILED**

JUL 16 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR |
| Plaintiff, | ) 1:13-mj-70824 NJV |
| v. | ) **PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |
| RYAN ALAN BALLETTO, and | ) |
| PATRICK STEVEN PEARMAIN, | ) |
| Defendants. | ) |

To the Honorable Nandor J. Vadas, United States Magistrate Judge for the United States District Court for the Northern District of California:

The United States of America respectfully petitions the Court to issue a Writ of Habeas Corpus Ad Prosequendum for the prisoners RYAN ALAN BALLETTO and PATRICK STEVEN PEARMAIN.

WRIT AD PROSEQUENDUM
CR



1  RYAN ALAN BALLETTO and PATRICK STEVEN PEARMAIN are required as
2  defendants in this matter before this Court. Their place of custody and jailor are set forth
3  in the following writ.

4

5  DATED: July 16, 2013                    Respectfully submitted,

6                                          MELINDA HAAG
                                           United States Attorney
7

8

9                                          _____
                                           MATTHEW L. McCARTHY
                                           Assistant U.S. Attorney
10

11

12  IT IS SO ORDERED.

13  DATED: July /6, 2013

14

15                                         _____
                                           THE HON. NANDOR J. VADAS
16                                         United States Magistrate Judge

17

WRIT AD PROSEQUENDUM
CR                                          2

| | |
|---|---|
| 1 | **THE PRESIDENT OF THE UNITED STATES OF AMERICA** |
| 2 | To Donald O'Keefe, United States Marshal for the Northern District of California; any |
| 3 | of his authorized deputies; and the Sheriff of Lake County, jailor of the Lake County |
| 4 | Correctional Facility at 4913 Helbush Drive, Lakeport, CA 95453: |
| 5 | **GREETINGS** |
| 6 | The prisoners RYAN ALAN BALLETTO (Inmate ID #235864) and |
| 7 | PATRICK STEVEN PERAMAIN (Inmate ID #245087), are now in custody in the |
| 8 | above-referenced institution. They are required to appear on criminal charges now |
| 9 | pending against them in the United States District Court for the Northern District of |
| 10 | California, 450 Golden Gate Avenue, San Francisco, California 94102. Accordingly, |
| 11 | WE COMMAND that you produce the prisoner in this Court |
| 12 | FORTHWITH. You shall bring him before the Honorable Nandor J. Vadas on July 22, |
| 13 | 2013. You shall produce the prisoner at all times necessary until the termination of the |
| 14 | proceedings in this Court. Immediately thereafter, you shall return the prisoner to the |
| 15 | above-referenced institution, or abide by whatever further order the Court may make |
| 16 | concerning his custody. |
| 17 | WE FURTHER COMMAND that if the prisoner is to be released from |
| 18 | custody in the above-referenced institution, he be IMMEDIATELY delivered to the |
| 19 | United States Marshal or any of his authorized deputies under this writ. |
| 20 | WITNESS the Honorable Nandor J. Vadas, United States Magistrate Judge |
| 21 | of the United States District Court for the Northern District of California. |
| 22 | |
| 23 | Dated: July 16, 2013     CLERK |
| 24 |                          UNITED STATES DISTRICT COURT |
| 25 |                          NORTHERN DISTRICT OF CALIFORNIA |
| 26 |                          *[signature]* |
| 27 |                          DEPUTY CLERK |
| 28 | |

WRIT AD PROSEQUENDUM
CR